UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARVIN BLACKSHEAR,

    Plaintiff,

    v.                      Case No. 25-cv-699-bbc

JANE DOES #1-3,

    Defendants.

---

## ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER FOR DISCOVERY

---

Plaintiff Marvin Blackshear, who is representing himself, is proceeding on an Eighth Amendment deliberate indifference claim against Jane Doe Nurses #1-3 in connection with the failure to treat his infected hand at three different correctional institutions in Wisconsin. Dkt. Nos. 1 & 9. Because Blackshear did not know the real names of Jane Doe Nurses #1-3, the Court named as nominal Defendants the administrator of each institution where each nurse worked for the limited purpose of helping Blackshear identify the nurses' real names. Dkt. No. 9. The Court directed Blackshear to wait until each administrator's attorney filed a notice of appearance on the docket, then serve discovery upon each administrator by mailing it to their attorney at the address listed in the notice of appearance to get information that will help him identify the real names of Jane Doe Nurses #1-3. *Id.* at 5 & 6.

On August 27, 2025, Blackshear filed a "motion for discovery." Dkt. No. 12. The Court will deny the motion. The Court is not involved in drafting discovery requests or conducting discovery. *See* Fed. R. Civ. P. 5. As explained in the prior screening order, Blackshear must wait until each administrator's attorney files a notice of appearance on the docket, then he must serve

discovery upon each administrator by mailing it to their attorney at the address listed in the notice of appearance. Dkt. No. 9 at 5 & 6. If any attorney refuses to respond to the request for discovery, then Blackshear may file a motion to compel discovery. But the Court does not assist in drafting discovery requests or conducting discovery in the first instance. Therefore, the Court will deny the motion.

**IT IS THEREFORE ORDERED** that Blackshear's motion for an order for discovery (Dkt. No. 12) is **DENIED**.

Dated at Green Bay, Wisconsin on September 3, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge